EMMA ZAUN, as Administratrix of the Estate of WILLIAM ZAUN, Deceased, Appellant, *v.* LONG ISLAND RAILROAD COMPANY, Respondent.

*Zaun* v. *Long Island R. R. Co.*, 139 App. Div. 719, affirmed.
(Argued March 20, 1911; decided April 4, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 19, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a

Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*R. A. Mansfield Hobbs* for appellant.

*Matthew J. Keany, Edward Kelly* and *Joseph F. Keany* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.